JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFONIA

| | |
|---|---|
| RAYMOND SUN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANGELO PASTORINO,<br><br>　　　　Respondent. | Case No. 2:21-cv-08387-SVW-PD<br><br>**JUDGMENT VERIFIED PETITION TO CONFIRM FINRA-DR ARBITRATION AWARD PURSUANT TO 9 U.S.C. § 9**<br><br>~~Hearing~~ Date:<br>Judge:<br>Time:<br>Place:<br><br>Date Action Filed: |

　　This action having been commenced by the filing of the Summons and Petition, and a copy of the Summons and Petition having been duly served on Respondent Angelo Pastorino ("Respondent") and proof of service having been filed, and

　　NOW, upon reading and filing the following papers submitted to the Court: (i) the Notice of Verified Petition to Confirm FINRA-DR Award dated  October 22, 2021 ; (ii) the Verified Petition to Confirm FINRA-DR Award dated  October 21, 2021  and the exhibits annexed thereto, including copies of the Arbitration Statement of Claim and Statement of Answer and the Arbitration Award; and (iii) the accompanying memorandum of points and authorities in support thereof, it is

　　ORDERED, ADJUDGED AND DECREED: that the Petition is hereby granted and the Arbitration Award issued by the Financial Industry Regulatory Authority Dispute Resolution

1

(FINRA-DR) captioned Angelo Pastorino v. Sandlapper Securities, LLC, et al., FINRA-DR Arb. No. 20-02475, is confirmed, and, as stated in the Arbitration Award, all references to this arbitration shall be expunged from the FINRA Central Registration Depository records of Petitioner Raymond Sun.

**IT IS SO ORDERED.**

Dated: December 2, 2021

_____
JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA